## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

METROPCS, A BRAND OF T-MOBILE USA            ,
<u>INC., A DELAWARE CORPORATION</u>
   *PLAINTIFF*

     **V.**           **Civil Action No.**  **17-4557**

<u>NINA STEWART</u>
 *Defendant*

FILED

NOV 1 6 2017

KATE BARKMAN, Clerk
By_____ Dep. Clerk

### MOTION IN A CIVIL ACTION

Nina D. Stewart,.           **November 7, 2017**

Plaintiff METROPCS, A BRAND OF T-MOBILE USA, INC., A DELAWARE CORPORATION Sues NINA STEWART )for Trademark Infringement NINA STEWART asks this Court to dismiss this case for lack of personal jurisdiction. Because NINA STEWART has not purposefully established sufficient minimum contacts with Pennsylvania to support the exercise of personal jurisdiction, the motion will be granted.

NINA STEWART submits this motion based upon the following Memorandum of Points and Authorities; the pleadings and papers on file in this case; the attached exhibits hereto, if any; and the argument allowed by the court at the time of hearing.

DATED: November 7, 2017

Signature Nina Stewart Defendant Pro Se

**FACTS**

1.    Although born in Pennsylvania, it has not been my place of residence since 1999.

2.    I have conducted no business in Pennsylvania since 2007.

3.    I have not visited Pennsylvania ten (10 days) since 2007.

4.    My son Isaiah Thomas used my facebook username and password, which he setup in 2007, to create advertisements for his business.

5.    My IP address is not on any of the advertisements.  South Carolina was not the place of origin for any of the advertisements.

6.    I was served a settlement offer/ cease and desist letter approximately September 8, 2017.  I immediately contacted the Plaintiff's attorney in an effort to resolve the issue.  I contacted my son and request he cease using my Facebook account to place advertisements.   On September 12, 2017 he placed a new advertisement.  I changed my password on September 12, 2017.

7.    I did not participate in or profit from any of the actions surrounding this case.

8.    Attending a court case in Pennsylvania would place an undue hardship on both business and personal relationships located in Columbia, SC.


**Conclusion**

For the reasons set forth above this civil action should be DISMISSED for lack of personal jurisdiction and improper venue OR if this court finds that it is in the interests of justice, TRANSFERRED to the District of South Carolina pursuant to 28 U.S.C. 1406 (a).

CERTIFICATE OF MAILING

I hereby certify that I am this day serving upon the persons and in the manner indicated below. The manner of service satisfies the requirements.   Service by first class mail addressed as follows: I HEREBY CERTIFY that on November 9, 2017, I placed a true and correct copy of the attached MOTION FOR DISMISSAL in the United States Mail at Columbia, South Carolina, with first-class postage prepaid, addressed to the following: Adam P. Schwartz, Carlton Fields Jordan Burt, P.A.  4221 W. Boy Scout Boulevard, Suite 1000, Tampa, Florida 33607-5780

Nina Stewart, Defendant pro se

FILED

NOV 1 6 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| METROPCS, A BRAND OF T-MOBILE USA., INC A DELAWARE CORP | v.   NINA STEWART | : : : : : : : | CIVIL ACTION

NO. 17-4557 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                           ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                                                                      (x )

(f) Standard Management – Cases that do not fall into any one of the other tracks.        ( )


| 11/9/17 | PRO SE | NINA STEWART |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 803-587-0750 | N/A | NINA013061@GMAIL.COM |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
METROPCS, A BRAND OF T-MOBILE USA, INC A DELAWARE CORPORATION

**DEFENDANTS**
NINA STEWART

(b) County of Residence of First Listed Plaintiff    KING COUNTY, WA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    RICHLAND COUNTY, SC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
ADAM P. SCHWARTZ, CARLTON FIELDS JORDAN BURT, P.A.
4221 W. BOY SCOUT BOULEVARD, SUITE 1000, TAMPA, FL 33607-5780

Attorneys *(If Known)*
PRO SE

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government    Plaintiff | ☒ 3   Federal Question      *(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government    Defendant | ☐ 4   Diversity      *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care / | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1406 (A).
Brief description of cause:
MOTION TO DISMISS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER   17-4557

DATE

SIGNATURE OF ATTORNEY OF RECORD
*Nina Stewart pro se*

FOR OFFICE USE ONLY