# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **METROPCS, a brand of T-Mobile USA, Inc., a Delaware Corporation,** <br>    Plaintiff, <br><br>    v. <br><br> **ISAIAH THOMAS, et al.** <br>    Defendants. | **CIVIL ACTION** <br><br> **NO. 17-4557** |

## ORDER

AND NOW, this  21st  day of February 2018, for the reasons stated in the foregoing Memorandum, it is **ORDERED** that Defendant Nina Stewart's Motion to Dismiss (ECF 15) is **DENIED**.

                                                  **BY THE COURT:**


                                                /s/ Michael M. Baylson
                                                **MICHAEL M. BAYLSON**
                                                **United States District Court Judge**


O:\CIVIL 17\17-4557 MetroPCS v. Thomas\17cv4557 MetroPCS order.docx